FREDERICK W. GRAVES, Appellant, *v.* KALTENBACH & STEPHENS, INC., Respondent.

(Submitted February 18, 1924; decided February 26, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 237 N. Y. 546.)

---

JAMES H. KIDDER et al., Appellants, *v.* RAPHAEL R. GOVIN et al., Respondents.

*Appeal — motion to dismiss appeal granted.*

*Kidder* v. *Govin*, 206 App. Div. 748, appeal dismissed.

(Submitted February 18, 1924; decided February 26, 1924.)

MOTION to dismiss an appeal from a judgment, entered November 8, 1923, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which unanimously affirmed an order of Special Term granting a motion for a dismissal of the complaint and granted leave to plaintiff to serve an amended complaint within twenty days upon payment of costs.

The motion was made upon the ground that the decision of the Appellate Division was unanimous and permission to appeal had not been obtained.

*Thomas Kearny* for motion.

*S. J. McTague* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BEN HARRISON, Appellant.

*Appeal — failure to serve points.*

Reported below, 190 App. Div. 902.

(Submitted February 18, 1924; decided February 26, 1924.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1919, which affirmed a judgment of the court, rendered at a Trial